| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA, §
§
        Plaintiff, §
§
versus        §    NO. 9:24-CR-20
§
§
WILLIAM FINCHER, §
§
        Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, William Charles Fincher, is competent. The speedy trial time shall be excluded from January 30, 2025 until the date of this order.

SIGNED at Beaumont, Texas, this 6th day of June, 2025.

                                                */s/ Marcia A. Crone*
                                                MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE